Commonwealth *v.* Wylie, Appellant.

Argued March 16, 1976. *A Benjamin Johnson, Jr.*, for appellant; *James A. Shellenberger*, Assistant District Attorney, with him *Deborah E. Glass* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., absent.